UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>- v. -<br><br>MELODIE MONTEFUSCO,<br>                    Defendant. | AFFIRMATION<br><br>21 Mag. 4540 |

STATE OF NEW YORK            )
COUNTY OF WESTCHESTER    : ss.:
SOUTHERN DISTRICT OF NEW YORK  )

SHIVA LOGARAJAH, under penalty of perjury, hereby affirms as follows:

1.  I am an Assistant United States Attorney in the Southern District of New York. I submit this affirmation in support of an application for a second order of continuance of the time within which an indictment or information would otherwise have to be filed, pursuant to 18 U.S.C. § 3161(h)(7)(A).

MELODIE MONTEFUSCO, the defendant, was charged with violations of 18 U.S.C. §§ 371 and 1952(a)(3) in a complaint dated April 27, 2021. The defendant was presented by videoconference before Magistrate Judge Andrew E. Krause on April 28, 2021, and the defendant was released on certain conditions including but not limited to a $14,000 secured bond and a $36,000 unsecured bond.

2.  James Neuman, Esq., attorney for the defendant, has since been engaging in preliminary discussions with the Government concerning a possible disposition of this case without trial, and those discussions are ongoing. The Government hereby requests that a continuance of 28 days be granted, during which time we may pursue further discussions.

3. On June 22, 2021, Mr. Neuman, counsel for the defendant, agreed by phone on behalf of the defendant that the requested continuance of 28 days is appropriate in these circumstances.

4. For the reasons stated above, the ends of justice served by the granting of the continuance requested outweigh the best interests of the public and defendant in a speedy trial.

5. Pursuant to Title 28, United States Code, Section 1746, I declare under penalties of perjury that the foregoing is true and correct.

Executed on June 23, 2021.

SHIVA LOGARAJAH
Assistant United States Attorney