**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------X

United States of America

                       Government(s)    3rd  ORDER OF CONTINUANCE

      -against-                                    Case Number: 21-mj-04540

Melodie Montefuso

                       Defendant(s)

-----------------------------------------------------X

Adjourned to 8/18/21 by Paul E. Davison United States Magistrate Judge, having found that the ends of justice served thereby, outweigh the best interest of the public and the defendant in a speedy trial, and that the failure to grant a continuance would be a miscarriage of justice.

DATED: 7/21/21

                                                              Paul E. Davison
                                                              United States Magistrate Judge