# JAMES E. NEUMAN, P.C.
Attorney at Law
100 Lafayette Street – Suite 501
New York, New York 10013

TEL 212-966-5612
FAX 646-651-4559
james@jamesneuman.com

December 22, 2022

Magistrate Judge Judith C. McCarthy
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re: *USA v Melodie Montefusco,* 21 MJ 4540

Your Honor:

I write to ask for permission for my client, Melodie Montefusco, to travel for two days next weekend. Ms. Montefusco was released on a personal recognizance bond in April of 2021. The conditions included the standard provision that her travel would be restricted to the Southern and Eastern districts of New York (without additional movement restrictions such as home confinement or curfew). Since that date, she has remained in full compliance with all conditions.

Ms. Montefusco now asks for permission to leave her home in the morning of December 30, 2022, travel to Virginia (14484 Stoney Run Drive, Boston, VA 22713) and return to her home in the evening on January 1, 2023. The purpose of the trip is so that she can take her son to see her parents over the holidays.

I have conferred with the government and the pre-trial services office. Both consent to this application.

Respectfully submitted,

/s/
James E. Neuman

APPLICATION GRANTED

Hon. Paul E. Davison, U.S.M.J.
12/22/22